# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ARTHUR LOPEZ,**<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NEWPORT BEACH POLICE DEPARTMENT et al.,<br><br>　　　　Defendants. | **Case No. SA CV 16-2267 VBF (MRW)**<br><br>ORDER<br><br>Overruling Plaintiff's Objections;<br><br>Adopting Report & Recommendation;<br><br>Denying IFP Application;<br><br>Dismissing Action <u>With</u> Prejudice |

　　　Pursuant to 28 U.S.C. § 636, the Court reviewed the Complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report to which Plaintiff has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

　　　It is ordered that:

　　　Plaintiff's objection **[Doc #32] is OVERRULED.**

　　　The Report and Recommendation **[Doc #31] is ADOPTED.**

Plaintiff's April 7, 2017 renewed IFP Application **[Doc #27] is DENIED.**

The action is **DISMISSED WITH PREJUDICE** (without leave to amend).
This is a final and immediately appealable order.

Date: Friday, May 19, 2017  _____

                                    Honorable Valerie Baker Fairbank
                                    Senior United States District Judge